I

### In the Matter of the Application of Wylie Gemmel WILSON.

(Court of Appeals of District of Columbia. Submitted November 9, 1925. Decided December 7, 1925.)

Patent Appeal No. 1753.

J. L. Steuart, of New York City, for appellant.

T. A. Hostetler, of Washington, D. C., for Commissioner of Patents.

Before MARTIN, Chief Justice, ROBB, Associate Justice, and SMITH, Judge of the United States Court of Customs Appeals.

ROBB, Associate Justice. Appeal from a decision of the Patent Office refusing the claims of an application for patent on a method of blowing off boilers, so as to preclude or minimize the shock and consequent damage.

The three tribunals of the Patent Office have analyzed with painstaking care the claims involved, with reference to the prior art, and each has reached the conclusion that the applicant has made no patentable advance over that art. We have read the very comprehensive brief of appellant's counsel, in the light of his oral argument, but have found no error in the reasoning or conclusion of the tribunals of the Patent Office. We therefore affirm the decision from which this appeal was taken.

Affirmed.

---

2

### AMERICAN TITLE & TRUST COMPANY, Plaintiff, v. SYMES FOUNDATION, Inc., et al., Defendants. Crown Land Corporation of Staten Island et al., Appellants.

(Circuit Court of Appeals, Second Circuit. October 20, 1925.)

No. 25.

Appeal from the District Court of the United States for the Eastern District of New York.

Benjamin Catchings and Merle I. St. John, both of New York City, for Frank C. Mebane, as receiver.

George A. Logan, of New York City, for American Title & Trust Co.

Stockton & Stockton, of New York City, for Symes Foundation, Inc.

John M. Coleman, of New York City (Oscar B. Bergstrom, of New York City, of counsel), for Crown Lands Corporation.

Oscar B. Bergstrom, of New York City, for Cosmopolitan Development Co.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.